IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE MANUEL TORRE GONZALEZ, :
      Plaintiff :
:
v. : CIVIL NO. 1:11-CV-1524
:
:
BRIAN ELLIOTT, *et al.*, :
      Defendants :

*O R D E R*

AND NOW, this 29th day of December, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Carlson (Doc. 32), to which no objections have been filed, as well as a review of the record, it is ORDERED that said Report (Doc. 32) is approved.

Pursuant to Judge Carlson's Recommendation, Plaintiff's complaint is dismissed without prejudice. Plaintiff is afforded twenty days from the date hereof to file an amended complaint correcting the deficiencies noted by Judge Carlson. Any amended complaint must be a complete document in itself, and may not incorporate material from any prior filings or other documents. Failure to timely file an amended complaint will result in the automatic dismissal of this case with prejudice.

Plaintiff's motion for leave to file an amended complaint (Doc. 33) is mooted by this order and is denied. Plaintiff's motion for appointment of counsel (Doc. 35) is denied at this time. Defendants' response to Plaintiff's interrogatories (Doc. 34) is stayed pending the filing of an amended complaint and a ruling on any dispositive

motion that may be filed thereto.  Plaintiff's motion for an injunction, etc. (Doc. 36) is denied.

                                                             /s/ William W. Caldwell
                                                             William W. Caldwell
                                                             United States District Judge