IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MANUEL TORRE GONZALEZ,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:11-CV-1524<br>: |
| BRIAN ELLIOTT, *et al.*,<br>    Defendants | :<br>: |

*O R D E R*

AND NOW, this 17th day of May, 2012, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 50), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

1. The R&R (Doc. 50) is adopted.

2. Pursuant to Magistrate Judge Carlson's recommendation, Defendants' motions to dismiss (Docs. 40, 44) are granted.

3. The Clerk of Court is directed to close this case.

                                                  /s/ William W. Caldwell
                                                  William W. Caldwell
                                                  United States District Judge