IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MANUEL TORRE GONZALEZ, : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL NO. 1:11-CV-1524 |
| : | |
| BRIAN ELLIOTT, *et al.*, : | |
| Defendants : | |

*O R D E R*

AND NOW, this 17th day of May, 2012, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 50), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

1. The R&R (Doc. 50) is adopted.

2. Pursuant to Magistrate Judge Carlson's recommendation, Defendants' motions to dismiss (Docs. 40, 44) are granted.

3. The Clerk of Court is directed to close this case.

 /s/ William W. Caldwell
 William W. Caldwell
 United States District Judge